IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Arsonia Franklin, Plaintiff, v. Rock Hill School District 3; Tammy Smith, *Teacher*; Jen Newendyke, Defendants. | ) | Case No. 0:26-cv-01041-SAC **OPINION AND ORDER** |

This matter is before the Court on Plaintiff's Complaint, ECF No. 1, a Motion to Dismiss filed by Defendants, ECF No. 16, and a Report and Recommendation ("Report") of the Magistrate Judge, ECF No. 20. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Mary Gordon Baker for pre-trial proceedings. For the reasons stated herein, this action is summarily DISMISSED without prejudice and without further leave to amend and Defendants' Motion to Dismiss is DENIED AS MOOT.

**BACKGROUND**

Plaintiff, proceeding *pro se* and *in forma pauperis*, brings this civil action pursuant to 42 U.S.C. § 1983 alleging violations of her constitutional rights. ECF No. 1. Plaintiff appears to allege that a foster child was unconstitutionally removed from her home after the child's teacher (presumably, Defendant Tammy Smith) had conversations with her that led to allegations of physical abuse against Plaintiff. *Id.* at 5; *see also* ECF No. 3 at 1. Plaintiff asserts a Fourteenth Amendment violation, defamation claim, and claims for "harassment" and "emotional distress." *Id.*

After Plaintiff's Complaint was entered on the docket, the Magistrate Judge issued an Order informing Plaintiff her Complaint was subject to dismissal as drafted for failure to state a claim upon which relief may be granted. ECF No. 8. Plaintiff was informed that if she failed to file an amended complaint or cure the deficiencies outlined in the Order, the Magistrate Judge would recommend her claims be dismissed. *Id*. at 2. Plaintiff did not file an amended complaint but instead attempted to serve the Defendants with the Complaint despite the case being in initial review. ECF Nos. 18; 19. Defendants subsequently filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 16.

On August 13, 2026, the Magistrate Judge issued a Report recommending Plaintiff's claims be summarily dismissed for failure to state a claim. ECF No. 20. Specifically, the Magistrate Judge found that (1) Plaintiff does not allege how Defendants Rock Hill School District 3 and Jen Newendyke violated her constitutional rights; (2) to the extent Plaintiff alleges an equal protection claim against Defendant Tammy Smith, she has not alleged she was treated differently from others similarly situated and that the unequal treatment was the result of intentional or purposeful discrimination; and (3) the Court lacks subject matter jurisdiction over Plaintiff's remaining state law claims. *Id*. at 4-6. The Magistrate Judge further recommends the Motion to Dismiss be denied as premature and moot. *Id*. at 6.

The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. *Id*. at 7. Plaintiff has not filed any objections and the time to do so has lapsed.

## STANDARD OF REVIEW

The Magistrate Judge makes only a recommendation to this Court. *Mathews v. Weber*, 423 U.S. 261, 271 (1976). The recommendation has no presumptive weight, and the responsibility to

make a final determination remains with the Court. *Id.* The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. *See* 28 U.S.C. § 636(b). The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *Id.* In the absence of an objection, the Court will review the Report for clear error. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation modified)). Failure to timely file specific written objections to the Report will result in a waiver of the right to appeal from an Order from the Court based upon the Report. *See Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985); *see also United States v. Midgette*, 478 F.3d 616, 621 (4th Cir. 2007).

**CONCLUSION**

The Court has considered the record in this case, the applicable law, and the Report of the Magistrate Judge. The Court finds no clear error and thereby agrees with the recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, this action is **DISMISSED** without prejudice and without further leave to amend, and Defendants' Motion to Dismiss [ECF No. 16] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

United States District Judge

October 1, 2026
Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.